**Richard Thomas MANNING, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**State of Massachusetts, City of Brookline, Suffolk County, Walt Disney Company, Bournewood, Eascare, LLC, Westwood Pembroke Health Care, Arnold Communications, Inc., Defendants–Appellees,**

and

**City of Boston, Defendant–Appellee,**

and

**City of Pittsfield, Defendant–Appellee,**

and

**Town of Westwood, Defendant–Appellee,**

and

**Norfolk County, Defendant–Appellee,**

and

**AT & T Broadband and Comcast, Defendants–Appellees,**

and

**General Electric and UNUM Life Insurance Co. of America, Defendants–Appellees,**

and

**Viacom, Inc., Defendant–Appellee,**

and

**Blue Cross Blue Shield of Mass., Defendant–Appellee,**

and

**Faulkner Hospital, Beth Israel Deaconess Medical Center, and Dana Farber Cancer Institute, Defendants–Appellees,**

and

**Fallon Ambulance Service,**
Defendant–Appellee,

and

**AMR of Massachusetts, Inc.,**
Defendant–Appellee.

No. 2006–1553.

United States Court of Appeals,
Federal Circuit.

Dec. 5, 2006.

Richard Thomas Manning, pro se.

*ORDER*

Richard Thomas Manning submits correspondence that we treat as a motion for reconsideration of the court's October 4, 2006 order dismissing Manning's appeal for failure to pay the filing fee.

Manning has now paid the filing fee.

Accordingly,

IT IS ORDERED THAT:

(1) The court's October 4, 2006 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.

(2) The Appellees should calculate the due date for their briefs from the date of filing of this order.*

* Counsel for parties who intend to participate in this appeal should promptly enter an appearance if they have not already done so.